STATE OF NORTH CAROLINA v. LYNN LEROY KENNEDY

No. 745SC792

(Filed 20 November 1974)

Crime Against Nature § 1— constitutionality of statute
     The crime against nature statute, G.S. 14-177, is not unconstitutionally vague.

Defendant appeals from *Wells, Judge,* 13 May 1974 Session of Superior Court held in PENDER County. Heard in the Court of Appeals on 21 October 1974.

Defendant was indicted and tried for violating G.S. 14-177, which prohibits crimes against nature. From a verdict of guilty and a sentence of six to ten years in prison, defendant appealed.

*Attorney General Carson, by Assistant Attorney General Robert G. Webb, for the State.*

*Corbett & Fisler, by Leon H. Corbett, Sr., for defendant appellant.*

MARTIN, Judge.

Counsel for defendant admits he is unable to find prejudicial error committed at trial but urges this Court to hold G.S. 14-177 unconstitutionally vague. We have reviewed the record and also find no prejudicial error. Furthermore, we reaffirm *State v. Moles*, 17 N.C. App. 664, 195 S.E. 2d 352 (1973) where this Court upheld the validity of G.S. 14-177. In *Perkins v. State of North Carolina*, 234 F. Supp. 333 (1964), Chief Judge Craven also upheld the validity of this statute against an attack for vagueness by reading the statute in light of North Carolina Supreme Court interpretations thereof.

No error.

Chief Judge BROCK and Judge PARKER concur.